50 A.3d 1256

**Abdel FATTAH, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, State Correctional Institute at Rockview, John E. Wetzel and Marirosa Lamas, Appellees.**

Supreme Court of Pennsylvania.

Aug. 20, 2012.

Abdel Fattah, pro se.

Timothy Adres Holmes, Esq., PA Department of Corrections, Mechanicsburg, for Pennsylvania Department of Corrections, et al.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2012, the Order of the Commonwealth Court is AFFIRMED.